# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

---

IN THE MATTER OF THE OPENING OF ELEVENTH AVENUE. — Order affirmed, with ten dollars costs and disbursements to each of the respondents. Opinion by BRADY, J.

DANIEL J. NOYES, as Executor, etc., of MARY R. BAILEY, Respondent, v. LEWIS H. BAILEY, as Executor, etc., of BENJAMIN BAILEY, Appellant, Impleaded, etc. — Judgment affirmed. Opinion by BRADY, J.; DANIELS, J., taking no part.

HENRY R. WILKINSON, Plaintiff, v. JAMES GILL, Defendant. — Order affirmed, without costs, and without prejudice to a further application, as suggested in the opinion. Opinion by BRADY, J.

ROBERT S. HAWARD, Respondent, v. FREDERICK A. CONKLING, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by DAVIS, P. J.

PETER DE WITT, Appellant, v. ELIZABETH M. McDONALD, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

THOMAS P. SALTER and JOHN R. LIVERMORE, Appellants, v. JOHN H. KIMBALL, Respondent. — Judgment affirmed, with costs. Opinion by BRADY, J.

THOMAS MAUGER, Respondent, v. JOHN HARRISON and another, Appellants. — Judgment affirmed, with costs. Opinion by BRADY, J.

JAMES C. DEVLIN, Respondent, v. JOHN SHANNON and STEWART D. HOWE, Appellants.

SAME v. SAME. — Judgments reversed, new trial granted, costs to abide event. Opinion by DAVIS, P. J.

ZACHARIAH E. SIMMONS, Respondent, v. CORNELIUS J. VANDERBILT, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

SAME v. SAME. — Judgment affirmed, with costs, but with leave to defendant to answer over on payment of costs within twenty days. Opinion by DAVIS, P. J.

ALFRED D. MARTINE, by Guardian, Appellant, v. WILLIAM H. ABRO and others, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.